IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JERRY CARTER
Reg. #40855-044                                             PETITIONER

v.                     No. 2:17-cv-58-DPM

GENE BEASLEY, Warden                                        RESPONDENT

ORDER

On *de novo* review, the Court adopts the recommendation, № 17, and overrules Carter's objections, № 20. The record shows that Carter was in custody on a parole-violation detainer from 11 June 2013 to 15 January 2015. № 7-1 at 19. The charges pending against him changed during that time. But there were always charges of some sort pending; and the detainer therefore remained in place. Carter stayed in state custody; and the record shows that that time was ultimately credited toward his parole-violation sentence. № 7-1 at 48. It can't be credited to his federal sentence, too. 18 U.S.C. § 3585(b).

Carter's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

26 February 2018