IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JERRY CARTER**
Reg. #40855-044                                                    PETITIONER

v.                            No. 2:17-cv-58-DPM

**GENE BEASLEY, Warden**                                           RESPONDENT

## JUDGMENT

Carter's petition is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 February 2018